

## NUMBER 13-08-00487-CV

## COURT OF APPEALS

## THIRTEENTH DISTRICT OF TEXAS

## CORPUS CHRISTI - EDINBURG

CITY OF BROWNSVILLE, TEXAS,                                    Appellant,

v.

BROWNSVILLE POLICE OFFICERS' ASSOCIATION,          Appellee.

### On Appeal from the 107th District Court
### of Cameron County, Texas.

## MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Garza and Vela**
**Memorandum Opinion Per Curiam**

Appellant, the City of Brownsville, Texas, perfected an appeal from a judgment entered by the 107th District Court of Cameron County, Texas, in cause number 2007-06-2918-A. Appellant has filed a motion to withdraw appeal on grounds that the parties have achieved a settlement in which appellant has satisfied the judgment entered

by the trial court and agreed to withdraw this appeal. Appellant requests that this Court grant its motion to withdraw appeal and dismiss the appeal.

The Court, having considered the documents on file and appellant's motion to withdraw appeal, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). Appellant's motion to withdraw appeal is GRANTED and the appeal is hereby DISMISSED. In accordance with the agreement of the parties, costs are taxed against the party incurring same. *See* TEX. R. APP. P. 42.1(d). Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Memorandum Opinion delivered
and filed this the 14th day of May, 2009.

2